N. WALLACE E56630
CAL-4 PRISON
P.O. BOX 5004  A1-215
CALIPATRIA, CA. 92233

FILING FEE PAID  Yes___ No ✓
IFP MOTION FILED  Yes___ No ✓
COPIES SENT TO  Court ✓  Pro Se___

FILED
2008 JUN 26 PM 3: 26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___Rm___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT CALIFORNIA

N. WALLACE, PETITIONER,

Vs.

LARRY SMALL, WARDEN, ET. AL.,
                    RESPONDENTS.

'08 CV 1146 LAB POR
CASE NO*

WRIT OF HABEAS CORPUS:
PRISON CONDITIONS AND
UNLAWFUL DETAINERS.
28 USCA §2254 - 28 USC 2201

1.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☑ a parole problem.
4. ☑ other. UNLAWFUL DETAINER/PRISON CONDITIONS

## PETITION

1. Venue
   a. Place of detention ___CALIPATRIA STATE PRISON___
   b. Place of conviction and sentence ___LOS ANGELES COUNTY COURTHOUSE___

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): ___N/A___
      ___PRISON CONDITIONS.___

   b. Penal or other code section or sections: ___N/A___
      ___PRISON CONDITIONS.___

   c. Case number: ___BA009423___
   d. Date of conviction: ___JULY 2, 1990___
   e. Date of sentence: ___JULY 24, 1990___
   f. Length of sentence on each count: ___NO SENTENCE IMPOSED; COUNT 4.___

   g. Plea (*check one*):
      ☑ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   h. Kind of trial (*check one*):
      ☑ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☐ Yes ☑ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _____
   b. Grounds raised (*list each*):
      (1) _____

   (2) _____

   (3) _____

   (4) _____

   (5) _____

   (6) _____

 c. Date of decision: _____

 d. Result _____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☐ Yes ☒ No

 If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

 a. Case number: _____

 b. Grounds raised *(list each)*:

   (1) _____

   (2) _____

   (3) _____

   (4) _____

   (5) _____

   (6) _____

 c. Date of decision: _____

 d. Result _____

5. If you did not appeal:

 a. State your reasons  N/A

  _____

 b. Did you seek permission to file a late appeal? ☐ Yes ☒ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☐ Yes ☒ No

 If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: ____N/A____
    (2) Case number: ____N/A____
    (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): ____
    (4) Grounds raised (list each):
        (a) ____N/A____
        (b) ____
        (c) ____
        (d) ____
        (e) ____
        (f) ____
    (5) Date of decision: ____N/A____
    (6) Result ____N/A____

    (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No   N/A

b.  (1) Name of court: ____N/A____
    (2) Case number: ____
    (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): ____
    (4) Grounds raised (list each):
        (a) ____N/A____
        (b) ____
        (c) ____
        (d) ____
        (e) ____
        (f) ____
    (5) Date of decision: ____N/A____
    (6) Result ____N/A____

    (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No   N/A

c.  (1) Name of court: ____N/A____
    (2) Case number: ____
    (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): ____
    (4) Grounds raised (list each):
        (a) ____N/A____
        (b) ____

    (c) _____
    (d) _____
    (e) _____
    (f) _____
(5) Date of decision: __N/A__
(6) Result __N/A__

(7) Was an evidentiary hearing held?   ☐ Yes  ☐ No   N/A

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: __PETITIONER IS BEING HELD ON THE PREMISE OF AN UNIMPOSED SENTENCE IN CASE BA009423 - COUNT 4.__

(1) Supporting FACTS: __CALIPATRIA STATE PRISON OFFICIALS HAVE TAKEN THE POSITION OF DETAINING PETITIONER IN CUSTODY FAR PAST HIS IMPOSED SENTENCE WHICH EXPIRED. THE OFFICIALS HAVE NO STANDING BY WHICH TO ENFORCE A NON-IMPOSED TERM ESPECIALLY ABSENT IDENTICAL STIPULATION BETWEEN CONTROLLING DOCUMENTS.__

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes  ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes  ☒ No

b. Ground two: _____
_____

(1) Supporting FACTS: _____
__N/A__
_____
_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes  ☐ No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

c. Ground three: _____

    (1) Supporting FACTS: _____ N/A _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

d. Ground four: _____

    (1) Supporting FACTS: _____ N/A _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

e. Ground five: _____

    (1) Supporting FACTS: _____ N/A _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: __N/A__

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

   ☐ Yes   ☐ No      N/A

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
      (2) Case number: ____N A____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

   b. (1) Name of court: ____N A____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) ____N A____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

(7) Was an evidentiary hearing held?     ☐ Yes   ☒ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?     ☐ Yes   ☒ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____ N A _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

11. Are you presently represented by counsel?     ☐ Yes   ☒ No

    If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____     *Nathaniel Wallace*
                Date                      *Signature of Petitioner*

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, **NATHANIEL WALLACE** DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE **PETITIONER** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **23RD** DAY OF: **JUNE** 20**08** AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) *Nathaniel Wallace*
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, **N. WALLACE** AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON **6-23-** 20**08** I SERVED THE FOREGOING: **WRIT OF HABEAS CORPUS**.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

COURT CLERK
SO. DIST. CRT.
880 FRONT ST.
SAN DIEGO, CA.
92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **6-23-08**            *Nathaniel Wallace*
(DECLARANT/PRISONER)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Nathan Wallace

DEFENDANTS

Larry Small

2008 JUN 26 PM 3:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILING FEE PAID: No ✓
IFP MOTION FILED: No ✓
COPIES SENT TO: Court, Pro Se

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Nathan Wallace
PO Box 5004
Calipatria, CA 92233
E-63680

ATTORNEYS (IF KNOWN)

'08 CV 1146 LAB POR

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE  Docket Number

DATE  June 26, 2008

SIGNATURE OF ATTORNEY OF RECORD
R Mueller