NATHANIEL WALLACE
PLAINTIFF/PETITIONER/MOVANT'S NAME

E63680
PRISON NUMBER

P.O. BOX 5004 A1-215
PLACE OF CONFINEMENT

CALIPATRIA, CA. 92233
ADDRESS



# United States District Court
## Southern District Of California

NATHANIEL WALLACE ,
Plaintiff/Petitioner/Movant

v.

LARRY SMALL, WARDEN ,
Defendant/Respondent

Civil No. 3:08 CV-1146 POR/LAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, NATHANIEL WALLACE ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  CALIPATRIA STATE PRISON
   Are you employed at the institution?          ☐ Yes  ☒ No
   Do you receive any payment from the institution?  ☐ Yes  ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 2006. 32$ A DAY CDCR

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance ☐ Yes ☑ No
   d. Disability or workers compensation ☐ Yes ☑ No
   e. Social Security, disability or other welfare ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Spousal or child support ☐ Yes ☑ No
   g. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. **N/A**

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): **N/A**

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): **N/A**

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. **DOING ARTWORK FOR CDC INMATE-STUDENTS.**

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_7-17-08_   _Nathaniel Wallace_
DATE        SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Wallace Nathaniel__
(NAME OF INMATE)

__E 63680__
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at

__Calipatria State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ __56.44__

and the *average monthly deposits* to the applicant's account was $ __37.50__

__24 JUL 2008__
DATE

__Sandylee C Scrivens__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Sandylee C Scrivens__
OFFICER'S FULL NAME (PRINTED)

__HCII__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                -4-                     K:\COMMON\FORMS\CIV-67

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant ___Wallace, Nathaniel___,
(NAME OF INMATE)

___E 63680___,
(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at _____

___Calipatria State Prison___.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___56.44___,

and the *average monthly deposits* to the applicant's account was $ ___37.50___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___24 JUL 2008___
DATE

___Sandylee C Scrivens___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___Sandylee C. Scrivens___
OFFICER'S FULL NAME (PRINTED)

___AC II___
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)   C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __NATHANIEL WALLACE__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__7-17-08__                                    __Nathaniel Wallace__
DATE                                            SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)              C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

```
REPORT ID: TS3030 .701                                            REPORT DATE: 07/24/08
                                                                  PAGE NO:           1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  CALIPATRIA STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 24, 2008

ACCOUNT NUMBER : E63680                     BED/CELL NUMBER: FA010000000215U
ACCOUNT NAME   : WALLACE, NATHANIEL                     ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                             TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

02/01/2008  BEGINNING BALANCE                                                   100.00
02/25 FC01  DRAW-FAC 1       A1    4847                            100.00         0.00
05/07 D300  CASH DEPOSIT     MR/ 706588                  25.00                   25.00
05/22 D300  CASH DEPOSIT     MR/ 706999                  50.00                   75.00
05/23 FC01  DRAW-FAC 1       A-1 / 7028                             25.00        50.00
06/02 FR01  CANTEEN RETUR    707149                                 25.00-       75.00
06/02 W516  LEGAL COPY CH    5/29   7167                             0.40        74.60
06/05 W512  LEGAL POSTAGE    6/5    7264                             0.42        74.18
06/05 W512  LEGAL POSTAGE    6/5    7264                             0.42        73.76
06/17 W512  LEGAL POSTAGE    6/15   7465                             0.42        73.34
06/24 FC01  DRAW-FAC 1       A-1    7584                            73.34         0.00

                         CURRENT HOLDS IN EFFECT

DATE    HOLD
PLACED  CODE   DESCRIPTION              COMMENT                     HOLD AMOUNT

07/21/2008  H118  LEGAL COPIES HOLD     7/21  0431                      0.20
07/22/2008  H200  GENERAL HOLD          ENVEL 0454                      0.15

                         TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL       TOTAL        CURRENT     HOLDS     TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS    BALANCE    BALANCE    TO BE POSTED

   100.00     75.00       175.00         0.00       0.35         0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE

                                                            0.35-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
    TRUST OFFICE

982(a)(19)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): **NATHAN WALLACE P.O. BOX 5004 A1-215 CALIPATRIA, CA. 92233**

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR (Name): **NONE**

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY: **SOUTHERN DIST. CRT. 880 FRONT ST. SAN DIEGO, CA. 92233**

PLAINTIFF: **NATHAN WALLACE**

DEFENDANT: **LARRY SMALL**

NOTICE OF WAIVER OF COURT FEES AND COSTS

CASE NUMBER: **3:08 CV 1146**

1. The application for waiver of court fees and costs was filed
   a. on (date):
   b. by (name):

2. The application was granted by operation of law.

3. The applicant may proceed in this action without payment of
   a. ☐ court fees and costs listed in rule 985(i) California Rules of Court.
   b. ☐ the following court fees and costs (specify):

Dated: ........................................   Clerk, by ........................................
                                                                    (Deputy)

CLERK'S CERTIFICATION

(SEAL)

I certify that the foregoing is a true copy of the original on file in my office.

Dated: ........................................   Clerk, by ........................................
                                                                    (Deputy)

Form Adopted by Rule 982
Judicial Council of California
Revised effective July 1, 1981
[982(a)(19)]

NOTICE OF WAIVER OF COURT FEES AND COSTS
(IN FORMA PAUPERIS)

WEST GROUP

Gov. Code,
§ 68511.3
C.R.C. Rule 985(e)

982(a)(17)(A)

## INFORMATION SHEET ON WAIVER OF COURT FEES AND COSTS
(California Rules of Court, rule 985)

If you have been sued or if you wish to sue someone, and if you cannot afford to pay court fees and costs, you may not have to pay them if:

- You are receiving financial assistance under one or more of the following programs:
  - SSI and SSP (Supplemental Security Income and State Supplemental Payments Programs)
  - CalWORKs (California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families, formerly AFDC, Aid to Families with Dependent Children Program)
  - The Food Stamp Program
  - County Relief, General Relief (G.R.), or General Assistance (G.A.)

If you are claiming eligibility for a waiver of court fees and costs because you receive financial assistance under one or more of these programs, and you did not provide your Medi-Cal number or your social security number and birthdate, you must produce documentation confirming benefits from a public assistance agency or one of the following documents, unless you are a defendant in an unlawful detainer action:

| PROGRAM | VERIFICATION |
|---|---|
| SSI/SSP | Medi-Cal Card or Notice of Planned Action or SSI Computer-Generated Printout or Bank Statement Showing SSI Deposit or "Passport to Services" |
| CalWORKs/TANF (formerly known as AFDC) | Medi-Cal Card or Notice of Action or Income and Eligibility Verification Form or Monthly Reporting Form or Electronic Benefit Transfer Card or "Passport to Services" |
| Food Stamp Program | Notice of Action or Food Stamp ID Card or "Passport to Services" |
| General Relief/General Assistance | Notice of Action or Copy of Check Stub or County Voucher |

— OR —

Your total gross monthly household income is less than the following amounts:

| NUMBER IN FAMILY | FAMILY INCOME | NUMBER IN FAMILY | FAMILY INCOME |
|---|---|---|---|
| 1 | $ 869.80 | 6 | $ 2,380.20 |
| 2 | 1,171.88 | 7 | 2,682.28 |
| 3 | 1,473.96 | 8 | 2,984.36 |
| 4 | 1,776.04 | Each additional | 302.08 |
| 5 | 2,078.12 | | |

— OR —

Your income is not enough to pay for the common necessaries of life for yourself and the people you support and also pay court fees and costs.

To apply, fill out the Application for Waiver of Court Fees and Costs (Form 982(a)(17)) available from the clerk's office. If you have no income, you may be required to file a declaration under penalty of perjury. Prison and jail inmates may be required to pay up to the full amount of the filing fee.

If you have any questions and cannot afford an attorney, you may wish to consult the legal aid office, legal services office, or lawyer referral service in your county (listed in the Yellow Pages under "Attorneys").

If you are asking for review of the decision of an administrative body under Code of Civil Procedure section 1094.5 (administrative mandate), you may ask for a transcript of the administrative proceedings at the expense of the administrative body.

Adopted for Mandatory Use
Judicial Council of California
982(a)(17)(A) [Rev. January 1, 2001]

INFORMATION SHEET ON WAIVER OF COURT FEES AND COSTS

WEST GROUP

Government Code, § 68511.3;
Cal. Rules of Court, rule 985

— THIS FORM MUST BE KEPT CONFIDENTIAL —

982(a)(17)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
NATHAN WALLACE
P.O. BOX 5004 A1-215
CALIPATRIA, CA. 92233

TELEPHONE NO: (760)398-7000   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): NONE
ATTORNEY FOR (Name): NONE

FOR COURT USE ONLY

NAME OF COURT:
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: NATHANIEL WALLACE
DEFENDANT/RESPONDENT: LARRY SMALL

APPLICATION FOR
WAIVER OF COURT FEES AND COSTS

CASE NUMBER: 3:08 CV 1146

request a court order so that I do not have to pay court fees and costs.
a. [✓] I am *not* able to pay any of the court fees and costs.
b. [ ] I am able to pay *only* the following court fees and costs (specify):

My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code):

a. My occupation, employer, and employer's address are (specify): N/A

b. My spouse's occupation, employer, and employer's address are (specify): N/A

[ ] I am receiving financial assistance under one or more of the following programs: NONE
   a. [ ] SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] CalWORKs: California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] Food Stamps: The Food Stamp Program
   d. [ ] County Relief, General Relief (G.R.), or General Assistance (G.A.)

f you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.
   a. [ ] (Optional) My Medi-Cal number is (specify):
   b. [ ] ~~My social security number is (specify)~~: 555 - 4? - 4826 and my date of birth is (specify): 6-4-69.
      [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]
   c. [ ] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      [See Form 982(a)(17)(A) Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

u checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]
[✓] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

u checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom s side.]

[ ] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

RNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may ordered to appear in court and answer questions about your ability to pay court fees or costs.

are under penalty of perjury under the laws of the State of California that the information on both sides of this form and all ments are true and correct.

NATHANIEL WALLACE                           ▶ *Nathaniel Wallace*
(TYPE OR PRINT NAME)                                (SIGNATURE)
        (Financial information on reverse)

982(a)(18)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| NATHAN WALLACE<br>P.O. BOX 5004 A1-215<br>CALIPATRIA, CA. 92233<br><br>TELEPHONE NO.: (760)398-7000   FAX NO.:<br>ATTORNEY FOR (Name): PRO SE | |

NAME OF COURT:
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: NATHANIEL WALLACE

DEFENDANT/RESPONDENT: LARRY SMALL

| ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS | CASE NUMBER: |
|---|---|

1. The application was filed on (date):
2. The application was filed by (name):                ☐ A previous order was issued on (date):
3. ☐ IT IS ORDERED that the application is granted  ☐ in whole  ☐ in part (see Cal. Rules of Court, rule 985).
   a. ☐ No payments. Payment of all the fees and costs listed in California Rules of Court, rule 985(i), is waived.
   b. ☐ The applicant shall pay all the fees and costs listed in California Rules of Court, rule 985(i), EXCEPT the following:
       (1) ☐ Filing papers.                              (6) ☐ Sheriff and marshal fees.
       (2) ☐ Certification and copying.                  (7) ☐ Reporter's fees* (valid for 60 days).
       (3) ☐ Issuing process and certification.          (8) ☐ Telephone appearance (Gov. Code, § 68070.1(c))
       (4) ☐ Transmittal of papers.                      (9) ☐ Other (specify code section):
       (5) ☐ Court-appointed interpreter (small claims only).
       * Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. Method of payment: The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
       (1) ☐ Pay (specify):          percent.  (2) ☐ Pay: $          per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the litigant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
       | Date: | Time: | Dept.: | Div.: | Room: |
   e. ☐ (must be completed if application is granted in part) Reasons for denial of a requested waiver (specify):

   f. ☐ The clerk is directed to mail a copy of this order to the applicant if unrepresented.
   g. All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.
4. ☐ IT IS ORDERED that the application is denied for the following reasons (specify):

   a. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   b. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):

   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
       | Date: | Time: | Dept.: | Div.: | Room: |
   c. The address of the court is (specify):
   d. The clerk is directed to mail a copy of this order to the applicant only.

NOTICE: If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

WARNING: The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date:

(Continued on reverse)             JUDICIAL OFFICER

Form Adopted by Rule 982

982(a)(18.1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:          FAX NO.: | |
| ATTORNEY FOR (Name): | |
| INSERT NAME OF COURT AND NAME OF JUDICIAL DISTRICT AND BRANCH COURT, IF ANY: | |
| PLAINTIFF/PETITIONER: | |
| DEFENDANT/RESPONDENT: | |
| ORDER ON APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS (Cal. Rules of Court, rule 985(j)) | CASE NUMBER: |

1. The application was filed on (date):  ☐ A previous order was issued on (date):
2. The application was filed by (name):
3. ☐ IT IS ORDERED that the application is granted  ☐ in whole  ☐ in part  (see Cal. Rules of Court, rule 985).
   a. ☐ No payments. Payment of all the fees and costs listed in California Rules of Court, rule 985(j), is waived.
   b. ☐ Applicant shall pay all the fees and costs listed in California Rules of Court, rule 985(j), EXCEPT the following:
      (1) ☐ Jury fees and expenses.            (5) ☐ Court-appointed experts.
      (2) ☐ Court-appointed interpreter for witnesses.  (6) ☐ Other fees and costs (specify):
      (3) ☐ Witness fees of peace officers.
      (4) ☐ Reporter's fees (beyond 60 days).
   c. Method of payment. Applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):                     percent
      (2) ☐ Pay: $              per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the litigant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period.
      ☐ The applicant is ordered to appear for the court's review of the applicant's financial status as follows:
      Date:          Time:          Dept.:          Room:
   e. ☐ (must be completed if application is granted in part) Reasons for denial of a requested waiver (specify):

   f. ☐ The clerk is directed to mail a copy of this order to the applicant's attorney, or to the applicant if unrepresented. The fees and costs shall be deemed to be taxable costs if applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.

☐ IT IS ORDERED that the application is denied for the following reasons (specify):

   a. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   b. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):

   b. Applicant should be present at the hearing to be held as follows:
      Date:          Time:          Dept.:          Room:
   c. The address of the court is (specify):

   d. The clerk is directed to mail a copy of this order to the applicant only.

(Continued on reverse)         JUDICIAL OFFICER

Form Adopted by Rule 982
Judicial Council of California            ORDER ON APPLICATION FOR WAIVER OF            Government Code § 68511.3

|  |  | 982(a)(20) |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
| ATTORNEY FOR (Name): | | |

NAME OF COURT AND BRANCH, IF ANY:
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
PLAINTIFF:
DEFENDANT:

| APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS | CASE NUMBER: |
|---|---|

1. I was granted a waiver of court fees and costs in this case on (date):

2. a. ☐ My financial status has not changed since I filed my original application.

   b. ☐ My financial status has changed since I filed my original application AND a new application is attached.

3. I ask the court to extend my waiver of fees to cover the following additional court fees and costs:

   a. ☐ Jury fees and expenses.

   b. ☐ Court appointed interpreters' fees for witnesses.

   c. ☐ Witness fees of peace officers whose attendance is necessary for reasons shown below.

   d. ☐ Reporters' fees for attendance at hearings and trials held more than sixty days after the date of the original application as shown above.

   e. ☐ Witness fees for court appointed experts.

   f. ☐ Other (specify):

4. These additional services are needed because (use additional sheet if necessary):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on (date): . . . . . . . . . . . at (place): . . .

NATHANIEL WALLACE
(Type or print name)

*Nathaniel Wallace*
(Signature)

Form Adopted by Rule 982
Judicial Council of California
Effective January 1, 1981
[982(a)(20)]

APPLICATION FOR WAIVER OF ADDITIONAL
COURT FEES AND COSTS
(IN FORMA PAUPERIS)

WEST GROUP

Government Code
Section 68511.3