UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WALLACE,<br><br>         Petitioner,<br><br> v.<br><br>LARRY SMALL, Warden,<br><br>         Respondent. | Civil No. 08-1146 LAB (POR)<br><br>**ORDER GRANTING APPLICATION**<br>**TO PROCEED IN FORMA PAUPERIS** |

  On June 26, 2008, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. [Doc. No. 1.] On July 11, 2008, this Court dismissed the Petition without prejudice and with leave to amend for Petitioner's failure to satisfy the filing fee requirement, allege exhaustion of state judicial remedies, and state a cognizable federal claim. [Doc. No. 2.] Petitioner filed a First Amended Petition, along with a request to proceed in forma pauperis on August 5, 2008. [Doc. Nos. 3-4.]

  Petitioner has $0.00 on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security.

//

//

1 | The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without
2 | prepayment of the filing fee.
3 | **IT IS SO ORDERED.**
4 | DATED: August 17, 2008

*Larry A. Burns*

HONORABLE LARRY ALAN BURNS
United States District Judge